**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

v.                                              CASE NO.  4:98cr01-RH
                                                          4:98cr82-RH

LEONARD MARTIN,

     Defendant.

_____/

## ORDER REJECTING THE PURPORTED PLEA IN ABSENTIA

A petition was filed on March 27, 2012, charging the defendant Leonard Martin with violating the conditions of supervised release.  A warrant was issued but apparently has not been served.  Mr. Martin apparently is in state custody.

Mr. Martin has mailed directly to the judge—rather than to the clerk of court as appropriate—a document denominated a "plea in absentia."  As a matter of discretion, I decline to accept such a plea.  The petition will be addressed in the

ordinary course after service of the warrant.

For these reasons,

IT IS ORDERED:

The clerk must docket the "plea in absentia."  The plea is rejected.

SO ORDERED on March 5, 2014.

s/Robert L. Hinkle
United States District Judge
